

NUMBER 13-15-00157-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EX PARTE SERGIO RODRIGUEZ CUELLER**

---

**On appeal from the 92nd District Court
of Hidalgo County, Texas**

---

# ORDER OF ABATEMENT

**Before Chief Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

On June 23, 2015, the court reporter for this cause notified the Court that she will be unable to reproduce the statement of facts for a hearing held on February 19, 2015 because "there was a failure on the part of the hardware or software" used to record the hearing.

Accordingly, the appeal is ABATED and the matter is REMANDED to the trial court. In accordance with Texas Rule of Appellate Procedure 34.6(f), the trial court is directed

to conduct a hearing to determine: (1) if the appellant has timely requested a reporter's record; (2) if, without the appellant's fault, a significant exhibit or a significant portion of the court reporter's notes and records has been lost or destroyed or—if the proceedings were electronically recorded—a significant portion of the recording has been lost or destroyed or is inaudible; (3) if the lost, destroyed, or inaudible portion of the reporter's record, or the lost or destroyed exhibit, is necessary to the appeal's resolution; and (4) if the lost, destroyed, or inaudible portion of the reporter's record cannot be replaced by agreement of the parties, or the lost or destroyed exhibit cannot be replaced either by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibit. *See* TEX. R. APP. P. 34.6(f).

The transcript of the hearing on abatement shall be filed with this Court as a supplemental reporter's record. The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record. Both supplemental records should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

Per Curiam

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
30th day of June, 2015.

2